UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> THEROUS HARDAWAY, ) <br> ) <br> Defendant(s). ) <br> ) | No. CR 09-0407 JSW <br><br> **ORDER APPOINTING COUNSEL** |

Having reviewed defendant's financial declaration, the Court finds that defendant qualifies for appointment of counsel under the Criminal Justice Act. **IT IS ORDERED** that the Federal Public Defender is appointed to represent defendant.

Dated: August 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.09\HARDAWAY APPT. ATTY ORDER.wpd

1